## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  ) **Plaintiff,** )  ) vs. )  ) **$10,000.00 IN UNITED STATES CURRENCY,** )  ) **Defendant.** ) | 8:07CV437  ORDER |

This matter is before the court *sua sponte.* On December 6, 2007, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 10. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before February 4, 2008, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 22nd day of January, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge