```
                                                                    FILED
                                                              U.S. DISTRICT COURT
                IN THE UNITED STATES DISTRICT COURT          DISTRICT OF NEBRASKA
                   FOR THE DISTRICT OF NEBRASKA              08 FEB 14  PM 2: 16

                                                              OFFICE OF THE CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CV437 |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO EXERCISE OF |
| $10,000.00 IN UNITED STATES | ) | JURISDICTION BY A UNITED |
| CURRENCY, | ) | STATES MAGISTRATE JUDGE |
| | ) | AND ORDER OF REFERENCE |
| Defendant. | ) | |

### CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | | 2/5/08 |
| | For | | |
| [signature] | For | Def. property | 2/8/08 |
| | For | | |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable <u>Thomas D. Thalken</u>, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the foregoing consent of the parties.

2/14/08                                         [signature]
Date                                            Joseph F. Bataillon, Chief United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.